**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | Case No.  2:12-mj-710-GWF |
| vs. ) | **ORDER** |
| ) LILIANA AUZETA DE NUNEZ, ) BRISEIDA AUZETA TORRES, ) ) Defendants. ) | |

This matter is before the Court on the Stipulations to Dismiss Pretrial Release Violation Petition and Vacate Revocation Hearing (#31, #32), filed on November 13, 2012.  For the reasons stated herein, the proposed orders are denied without prejudice.

On October 11, 2012, Defendants Liliana Auzeta De Nunez and Briseida Auzeta Torres made their initial appearances in this district pursuant to their arrest on an indictment filed against them in the United States District Court for the Central District of California.  The Court released the Defendants subject to pretrial supervision and ordered that they appear in the United States District Court for the Central District of California.  On October 16, 2012, the United States Pretrial Services Officer filed Petitions for Action on Conditions of Pretrial Release against Defendants, alleging that they had failed to report to the Pretrial Services Office on October 15, 2012 as directed.  The court issued warrants for the Defendants' arrest and they were subsequently arrested in Arizona and returned to this District.  The Defendants made their initial appearances on petitions in this District on November 2, 2012 and were detained pending a November 14, 2012 hearing before the undersigned as to whether their pretrial release should be revoked.

The parties state in their stipulation and proposed findings of fact, conclusions of law and order that "[a]s there is no doubt the defendants violated their conditions of release by traveling to

Arizona, defendants request that the hearing scheduled for November 14, 2012 be vacated and that they simply be transferred to the Central District of California to address the underlying charges." *Stipulation (#31), pgs. 2, 3*. The parties propose, however, to dismiss the petitions for action on conditions of pretrial release. If this order is entered, then the only orders in effect pertaining to Defendants' detention or release would be the orders of pretrial release entered on October 11, 2012. Because it appears to be Defendants' intention to not contest the petitions to revoke their pretrial release and to, instead, submit to detention pending their transfer to the Central District of California, the Court directs the parties to submit a revised stipulation and proposed findings of fact, conclusions of law and order if they wish to vacate the revocation hearing. Accordingly,

**IT IS HEREBY ORDERED** that the Stipulations to Dismiss Pretrial Release Violation Petition and Vacate Revocation Hearing (#31, #32) are **denied**, without prejudice to the filing of a revised stipulation and proposed findings of fact, conclusions of law and order if they wish to vacate the revocation hearing scheduled for November 14, 2012 at 2:30 P.M.

DATED this 14th day of November, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge